**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CLIFFORD REED, JR.,

      Plaintiff,

v.                                                                 CASE NO. 6:11-CV-1754-Orl-36KRS

BETHUNE-COOKMAN UNIVERSITY, INC., and
BETHUNE-COOKMAN UNIVERSITY BOARD
OF TRUSTEES,

      Defendants.
_____/

**<u>ORDER</u>**

      This cause comes before the Court on the Report and Recommendation of Magistrate Judge Karla R. Spaulding, filed on March 15, 2012 (Doc. 33).  In the Report and Recommendation, Judge Spaulding recommends that the Court grant Plaintiff's Second Amended Motion to Remand (Doc. 31), decline to exercise supplemental jurisdiction over the state law causes of action and remand the case to state court.  Neither party has objected to the Report and Recommendation and the time to do so has expired.

      The Court is in agreement that the only remaining counts are all claims based on state law and there is no allegation that Plaintiff and Defendants are citizens of different states such that the Court could exercise diversity jurisdiction over the state law claims.  Accordingly, the Court will decline  to exercise supplemental jurisdiction over Plaintiff's remaining claims.  Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and  approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1.      The Report and Recommendation of the Magistrate Judge (Doc. 33) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.      Defendants' Motion to Dismiss as to Counts I, IV and VII of Plaintiff's Complaint (Doc. 5) is **DENIED** as **moot,** as Plaintiff voluntarily dismissed these counts. Counts I, IV, and VII of the Complaint are **DISMISSED without prejudice**.

3.      Plaintiff Clifford Reed, Jr.'s Amended Motion to Remand (Doc. 18) is **DENIED** as **moot**.

4.      Plaintiff's Second Amended Motion to Remand (Doc. 31) is **GRANTED**. The Court **declines** to exercise supplemental jurisdiction over the state law causes of action. Therefore, this case is **REMANDED** to state court.

5.      The Clerk is directed to transmit a certified copy of this Order to the Clerk of the Seventh Judicial Circuit, Volusia County, Florida.  The clerk is further directed to terminate all deadlines and **CLOSE** this case.

**DONE AND ORDERED** at Orlando, Florida on April 2, 2012.

Charlene Edwards Honeywell
United States District Judge

COPIES TO:
COUNSEL OF RECORD